STATE OF CONNECTICUT *v.* JOSEPH J. MINCEWICZ

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 687 (AC 19210), is denied.

*Lisa J. Steele,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided September 26, 2001

---

IN RE JEFFREY C.

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 64 Conn. App. 55 (AC 20767), is granted, limited to the following issue:

"Are 'specific steps' ordered by a court, following a hearing at which the parent is present and represented by counsel, court orders from which a finding of contempt may issue?"

The Supreme Court docket number is SC 16595.

*Mary K. Lenehan,* assistant attorney general, in support of the petition.

Decided September 26, 2001